**STATE of Missouri, Respondent,**

v.

**Wayne WINDISCH, Appellant.**

**No. ED 86467.**

Missouri Court of Appeals, Eastern District, Southern Division.

Sept. 5, 2006.

Rehearing Denied Oct. 11, 2006.

Application for Transfer Denied Nov. 21, 2006.

John M. Albright, Poplar Bluff, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa Kennedy, Jefferson City, MO, for Respondent.

Before GLENN A. NORTON, C.J., ROBERT G. DOWD, JR., J., and ROY L. RICHTER, J.

### ORDER

PER CURIAM.

Wayne Windisch appeals from the judgment upon his conviction by a jury of one

count of statutory sodomy in the first degree, Section 566.062, RSMo 2000, for which he was sentenced to twenty years' imprisonment. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).